```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 39118
    TIMOTHY L RUSSELL
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-7642

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/21/2004 and was confirmed 02/09/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
  creditors 100.00%.

      The case was paid in full 10/20/2008.
--------------------------------------------------------------------------------
  CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
  CHASE HOME FINANCE LLC   CURRENT MORTG     39733.08           .00        39733.08
  CHASE HOME FINANCE LLC   MORTGAGE ARRE     20981.96           .00        20981.96
  CHASE MANHATTAN MORTGAGE MORTGAGE NOTI    NOT FILED           .00             .00
  VILLAGE OF EVERGREEN PAR UNSEC W/INTER    NOT FILED           .00             .00
  TIMOTHY K LIOU           DEBTOR ATTY         934.40                         934.40
  TOM VAUGHN               TRUSTEE                                          3,681.56
  DEBTOR REFUND            REFUND                                           3,800.00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
  TRUSTEE            69,131.00

  PRIORITY                                         .00
  SECURED                                    60,715.04
  UNSECURED                                        .00
  ADMINISTRATIVE                                934.40
  TRUSTEE COMPENSATION                        3,681.56
  DEBTOR REFUND                               3,800.00
                    ---------------        ---------------
  TOTALS             69,131.00               69,131.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 39118 TIMOTHY L RUSSELL

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/28/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |